McGREGOR W. SCOTT
United States Attorney
WILLIAM B. TAYLOR
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JOHN MURGUIAOROZCO<br><br>　　　　　Defendant. | Case No. 6:19-po-00396-JDP<br><br>[Citation # 6746227 CA/80]<br><br>MOTION AND ORDER FOR DISMISSAL |

　　　The United States of America, by and through McGregor W. Scott, United States Attorney, and William B. Taylor, Special Assistant United States Attorney, hereby moves to dismiss Case No. 6:19-po-00396-JDP [Citation # 6746227 CA/80] against JOHN MURGUIAOROZCO, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: November 22, 2019　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　By:　  /s/ William B. Taylor
　　　　　　　　　　　　　　　　　　　　　WILLIAM B. TAYLOR
　　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney

1

ORDER

It is hereby ordered that Case No. 6:19-po-00396-JDP [Citation # 6746227 CA/80] against JOHN MURGUIAOROZCO be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:     November 26, 2019                         _____
                                                      UNITED STATES MAGISTRATE JUDGE